UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYHOOK WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. <br><br> ──────────────────── <br><br> GOOGLE INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SKYHOOK WIRELESS, INC., <br><br> Counterclaim-Defendant. | CIVIL ACTION <br> NO. 1:10-cv-11571-RWZ |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF GOOGLE, INC.'S
MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Defendant and Counterclaim-Plaintiff Google Inc. ("Google") respectfully moves this Court to enter its proposed Protective Order, in the form of an order as attached hereto as Exhibit A. The parties are in agreement as to nearly all aspects of an appropriate protective order, including the need for a prosecution bar. As discussed in the accompanying Memorandum of Law, the parties do not agree on the appropriate scope of that prosecution bar. Google proposes that the prosecution bar disallow counsel with access to the other party's highly confidential and trade secret information from participating in the preparation of modified or new patent claims during any reissue or reexamination proceeding. Under Google's proposal, such counsel would be able to participate in reissue or reexamination proceedings with regard to the analysis of the patent as originally issued, or with

regard to prior art. The grounds in support of this Motion are set forth in Google's Memorandum of Law in Support of its Motion for Entry of a Protective Order, which is filed herewith and incorporated herein by reference.

Dated: May 25, 2011

Respectfully submitted,
**GOOGLE INC.,**

By its attorneys,

David M. Magee (BBO No. 652399)
david.magee@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726, U.S.A.
617.951.8000

William F. Abrams (*pro hac vice*)
william.abrams@bingham.com
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223, U.S.A.
650.849.4400

Susan Baker Manning (*pro hac vice*)
susan.manning@bingham.com
Robert C. Bertin (*pro hac vice*)
r.bertin@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington DC 20006-1806, U.S.A.
202.373.6000

- 3 -

## LOCAL RULE 7.1 CERTIFICATION

I, Susan Baker Manning, am counsel for the movant Google Inc. I hereby certify that I have conferred with Samuel K. Lu, counsel for Plaintiff and Counterclaim-Defendant Skyhook Wireless, Inc., as to the relief sought in this motion in a good faith effort to resolve the issues raised in this motion. I have spoken or exchanged substantive correspondence with Mr. Lu or one of his colleagues about the protective order on numerous occasions, including but not limited to February 10, February 22, March 15, March 28, April 1, April 12, April 18, April 20, April 26, May 12, May 16, May 17, and May 24. The parties have reached agreement as to the language of Paragraphs 1-13.2, and 14-15 of the subject proposed protective order. The parties have been unable to reach agreement as to the language of Paragraph 13.3 of the proposed protective order.

Date: May 25, 2011

_/s/ Susan Baker Manning_
Susan Baker Manning

Case 1:10-cv-11571-RWZ   Document 29   Filed 05/25/11   Page 4 of 4

**CERTIFICATE OF SERVICE**

      I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2011.

Susan Baker Manning
susan.manning@bingham.com