IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYHOOK WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:10-cv-11571-RWZ |
| | ) |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE OF
## GEORGE RICE FOR THE PLAINTFF

Pursuant to Local Rule 83.5.2, George Rice hereby files his Notice of Appearance on behalf of the plaintiff Skyhook Wireless, Inc.  Skyhook also will continue to be represented by counsel from Irell & Manella LLP, and from Griesinger, Tighe & Maffei, LLP.

/s/ George Rice
George Rice (BBO # 637573)
317 Main Street
Hingham, MA  02043
(774) 991-0255

Dated:   August 29, 2011

## Certificate of Service

I, George Rice, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **August 29, 2011**.

/s/ George Rice
George Rice