# EXHIBIT C

HOME   /   WHO WE ARE   /   LOCATION TECHNOLOGY   /   LOCATION INTELLIGENCE   /   SONY VITA USERS   /   CONTACT   /   WE'RE HIRING!



Company Overview
Management
Board and Advisors
Location Privacy
Patents
In the News
Press

# Management

### TED MORGAN, CEO & Founder

Ted Morgan founded Skyhook with Michael Shean in 2003 to capitalize on the explosive growth of Wi-Fi usage and the emerging demand for location-based services. Prior to founding Skyhook, Mr. Morgan was the Vice President of Marketing for edocs Inc., a provider of customer self-service solutions that was sold to Siebel Systems in January 2005. At edocs, he ran marketing communications, inside sales, product marketing, and product management. Prior to edocs, Mr. Morgan was Group Product Manager for Open Market, one of the early leaders of the e-commerce revolution. Prior to that, he was a product manager for Harbinger Net Services in Atlanta. Prior to the technology industry, Mr. Morgan spent four years in the financial services industry, as part of Donaldson, Lufkin & Jenrette, Alliance Capital, and Allen & Company. Mr. Morgan has an undergraduate degree in mathematics from Georgetown University and an MBA from the University of Chicago.

### MICHAEL SHEAN, SVP - Business Development & Founder

Michael Shean leads the sales and business development efforts at Skyhook. Prior to Skyhook, Mr. Shean was employed at edocs Inc. a provider of customer self-service solutions that was sold to Siebel Systems in January 2005. At edocs, he oversaw sales efforts in the western region of the United States. Mr. Shean was instrumental in growing company revenues from less than $1 million in 1998 to more than $35 million in 2003. He was responsible for successfully establishing and managing relationships with companies such as EDS, WorldCom, Toyota, and Franklin Templeton. Prior to edocs, Mr. Shean was employed at Montgomery Securities, a San Francisco investment bank. He also led the Windows product management

efforts at Versys Corporation, a legal software company. Mr. Shean earned a B.S. from the University of Vermont.

### NICK BRACHET, Chief Technology Officer

With 15 years of experience in software engineering, Nick Brachet has broad expertise in designing robust, scalable, and adaptable software. As CTO, Mr. Brachet oversees the design and development of Skyhook's Core Engine. Prior to joining Skyhook, he was Chief Architect at Passkey International Inc., the world's leading online group reservation system, where he was primarily responsible for the development of GroupLink– a system that enables the exchange of reservations between hotels and the Passkey system. The architecture of GroupLink defined a flexible core engine and pluggable modules that allowed rapid integration of disparate hotel reservation systems. Before Passkey, Mr. Brachet was Director of Engineering for edocs Inc., where he was responsible for the architecture, implementation, and release of all new products. Prior to edocs, Mr. Brachet was Lead Architect at Gradient Technologies Inc., and represented the company at the Object Management Group (OMG). Mr. Brachet received a Master of Science in Computer Science from the University of Computer Science and Applied Mathematics in Grenoble, France.

### DR. FARSHID ALIZADEH-SHABDIZ, Chief Scientist

As a member of Skyhook's executive team, Dr. Alizadeh-Shabdiz is responsible for the research & development of Skyhook's positioning technology. Dr. Alizadeh-Shabdiz has almost 20 years of industrial experience in the design and implementation of satellite and wireless networks. Before joining Skyhook, Dr. Alizadeh-Shabdiz was the head of the communications section of Advanced Solutions Group (part of Cross Country Automotive Services). There, Dr. Alizadeh-Shabdiz was responsible for the management, design and implementation of an application server and media gateway. Dr. Alizadeh-Shabdiz was a proud member of the design and implementation team of the first three satellite-based mobile networks at Hughes Network Systems: ICO, Thuraya and Inmarsat high-speed data network. He proposed the first complete analytical model to carry out an analysis of single-hop and multi-hop ad hoc networks and 802.11 based on WLANs. Dr. Alizadeh-Shabdiz is on the faculty of Boston University and received his Ph.D. from George Washington University and M.Sc. from Tehran University.

### STEVE SOLARI, Chief Operating Officer

Prior to joining Skyhook, Steve Solari was Director of Marketing at edocs, Inc., where he was responsible for the development and execution of the company's integrated marketing programs and sales and marketing infrastructure. There Mr. Solari built a scalable demand generation program that generated a five-fold increase of the company's pipeline and 16 consecutive quarters of revenue growth, which ultimately resulted in the company's acquisition by Siebel Systems in January 2005. Prior to becoming involved with the technology industry, Mr. Solari built a successful career in financial services working for Merrill Lynch in New York City. As a member of Skyhook's executive team, Mr. Solari is responsible for the development of Skyhook's Core Engine and the management of its scanning program. Additionally, Mr. Solari is tasked with building the sales, marketing, and operational infrastructure to support Skyhook's rapidly growing business. Mr. Solari holds a B.A. from the University of Massachusetts.

**WHO WE ARE**
/ Company Overview
/ Management
/ Board and Advisors
/ Location Privacy
/ Patents
/ In the News
/ Press

**LOCATION TECHNOLOGY**
/ Skyhook Location SDK Overview
/ Skyhook Location Performance
/ Coverage Area
/ Download Skyhook Location SDK
/ Support

**LOCATION INTELLIGENCE**
/ SpotRank Overview
/ SpotRank Options
/ SpotRank Use Cases and Examples
/ Request SpotRank Demo

**CONTACT**
**WE'RE HIRING!**

34 Farnsworth Street   /   5th Floor   /   Boston, MA 02210   /   617.314.9802

© 2012 Skyhook, Inc.