# EXHIBIT F

**SKYHOOK WIRELESS, INC. - REDACTION LOG - 12/16/11**
**Skyhook Wireless, Inc. v. Google Inc., Case No. 1:10-cv-11571-RWZ (D. Mass.)**

| ENTRY NO. | BATES NO. | DATE | AUTHOR | DESCRIPTION OF REDACTED TEXT | BASIS FOR REDACTION |
|---|---|---|---|---|---|
| 1 | SKYFED013022 | N/A | Alizadeh, Farshid | Handwritten notes re: patent application | AC |
| 2 | SKYFED013100 | 6/29/2010 | Alizadeh, Farshid | Handwritten notes re: patent portfolio | AC; WP |
| 3 | SKYFED013104 | 7/15/2010 | Alizadeh, Farshid | Handwritten notes re: patent search | AC; WP |
| 4 | SKYFED013105 | 7/30/2010 | Alizadeh, Farshid | Handwritten notes re: meeting with litigation counsel | AC; WP |
| 5 | SKYFED013113 | 12/14/2010 | Alizadeh, Farshid | Handwritten notes re: meeting with litigation counsel | AC; WP |
| 6 | SKYFED013114 | 12/14/2010 | Alizadeh, Farshid | Handwritten notes re: meeting with litigation counsel | AC; WP |
| 7 | SKYFED013136 | 5/5/2011 | Alizadeh, Farshid | Handwritten notes re: draft description of invention | AC |
| 8 | SKYFED013158 | 3/31/2006 | Alizadeh, Farshid | Handwritten notes re: discussion with patent counsel | AC |
| 9 | SKYFED013164 | 4/24/2006 | Alizadeh, Farshid | Handwritten notes re: discussion with patent counsel | AC |
| 10 | SKYFED013168 | 5/2/2006 | Alizadeh, Farshid | Handwritten notes re: patent application | AC |
| 11 | SKYFED013176 | 5/16/2006 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 12 | SKYFED013201 | 8/3/2006 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 13 | SKYFED013395 | 2/20/2008; 3/06/08 | Alizadeh, Farshid | Handwritten notes re: patent portfolio | AC |
| 14 | SKYFED013430 | 4/10/2008 | Alizadeh, Farshid | Handwritten notes re: draft description of invention | AC |
| 15 | SKYFED013458 | 8/21/2008 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 16 | SKYFED013480 | N/A | Alizadeh, Farshid | Handwritten notes re: patent applications | AC |
| 17 | SKYFED013481 | N/A | Alizadeh, Farshid | Handwritten notes re: patent applications | AC |
| 18 | SKYFED013482 | 10/10/2008 | Alizadeh, Farshid | Handwritten notes re: patent applications | AC |
| 19 | SKYFED013483 | N/A | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 20 | SKYFED013484 | 1/6/2009 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 21 | SKYFED013538 | 8/31/2005 | Alizadeh, Farshid | Handwritten notes re: patent applications | AC |
| 22 | SKYFED013540 | 9/2/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 23 | SKYFED013541 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 24 | SKYFED013542 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 25 | SKYFED013543 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 26 | SKYFED013571 | 10/17/2005 | Alizadeh, Farshid | Handwritten notes re: patent application | AC |
| 27 | SKYFED013576 | 10/21/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claim | AC |
| 28 | SKYFED013578 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 29 | SKYFED013579 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 30 | SKYFED013580 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC |
| 31 | SKYFED013590 | 11/14/2005 | Alizadeh, Farshid | Handwritten notes re: patent search | AC |
| 32 | SKYFED013602 | 12/7/2005 | Alizadeh, Farshid | Handwritten notes re: meeting with patent counsel | AC |
| 33 | SKYFED013648 | 8/24/2005 | Alizadeh, Farshid | Handwritten notes re: patent applications | AC |

AC = Attorney-Client Communication
WP = Work Product