# EXHIBIT G

| | |
|---|---|
| **From:** | Manning, Susan Baker |
| **Sent:** | Friday, December 16, 2011 7:47 PM |
| **To:** | 'Somait, Lina' |
| **Cc:** | zzm google/skyhook (ext); Lu, Sam |
| **Subject:** | RE: Skyhook v. Google (Fed) - Redaction Log |

Lina --

Skyhook has claimed the attorney-client privilege as to each redaction. It identifies Mr. Alizadeh as the author of each of the handwritten notes redacted, but no attorney is listed on the log. If Skyhook contends that any of these redactions reflect a communication with an attorney, it must at minimum identify that attorney. Please promptly advise.

thank you,
Susan

**Susan Baker Manning | Bingham McCutchen LLP**
2020 K Street NW, Washington, DC  20006-1806
Tel: 202.373.6172 | Fax: 202.373.6472
susan.manning@bingham.com

---

**From:** Somait, Lina [mailto:LSomait@irell.com]
**Sent:** Friday, December 16, 2011 7:38 PM
**To:** zzm google/skyhook (ext)
**Subject:** Skyhook v. Google (Fed) - Redaction Log

Counsel,

Attached is the redaction log requested by Google during our December 2 meet and confer.

Regards,
Lina

---

**Lina F. Somait**
Irell & Manella LLP
1800 Avenue of the Stars Suite 900 | Los Angeles, CA 90067
310.203.7598 direct | 310.203.7199 fax | lsomait@irell.com

ccmailg.irell.com made the following annotations
--------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

--------------------------------------------------------------------

3/14/2012