# EXHIBIT H

Case 1:10-cv-11571-RWZ   Document 77-8   Filed 03/27/12   Page 1 of 3

| | |
|---|---|
| **From:** | Milkey, James [JMilkey@irell.com] |
| **Sent:** | Wednesday, January 18, 2012 8:37 PM |
| **To:** | zzm google/skyhook (ext) |
| **Cc:** | Somait, Lina; Lu, Sam; Mueller, Mariandrea |
| **Subject:** | Supplemental privilege log for Dr. Alizadeh-Shabdiz's lab notebooks |
| **Attachments:** | Supplemental Redaction Log.PDF |

Counsel,

Attached is the privilege log regarding redactions from Dr. Alizadeh-Shabdiz's notebooks. For previously-redacted entries in the notebooks that pre-date September 15, 2010 and are not recorded in this privilege log, Skyhook will produce non-redacted images of such pages.

Best Regards,

Jim

-----

**James Milkey**
**Irell & Manella LLP**
**1800 Avenue of the Stars, Suite 900**
**Los Angeles | California | 90067**
**T: +1.310.203.7166 | F: +1.310.556.5341**
JMilkey@irell.com | www.irell.com


ccmailg.irell.com made the following annotations
-----------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


-----------------------------------------------------------------------

3/14/2012

**SKYHOOK WIRELESS, INC. - SUPPLEMENTAL REDACTION LOG - 01/18/12**
**Skyhook Wireless, Inc. v. Google Inc., Case No. 1:10-cv-11571-RWZ (D. Mass.)**

| ENTRY NO. | BATES NO. | DATE | AUTHOR | DESCRIPTION OF REDACTED TEXT | BASIS FOR REDACTION |
|---|---|---|---|---|---|
| 1 | SKYFED013022 | N/A | Alizadeh, Farshid | Handwritten notes re: patent application | AC (John Hobgood) |
| 2 | SKYFED013100 | 6/29/2010 | Alizadeh, Farshid | Handwritten notes re: patent portfolio | AC (William Meunier); WP |
| 3 | SKYFED013105 | 7/30/2010 | Alizadeh, Farshid | Handwritten notes re: meeting with litigation counsel | AC (Morgan Chu and Sam Lu); WP |
| 4 | SKYFED013158 | 3/31/2006 | Alizadeh, Farshid | Handwritten notes re: discussion with patent counsel | AC (Peter Dichiara and John Hobgood) |
| 5 | SKYFED013164 | 4/24/2006 | Alizadeh, Farshid | Handwritten notes re: discussion with patent counsel | AC (Peter Dichiara and John Hobgood) |
| 6 | SKYFED013168 | 5/2/2006 | Alizadeh, Farshid | Handwritten notes re: patent application | AC (John Hobgood) |
| 7 | SKYFED013201 | 8/3/2006 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (John Hobgood) |
| 8 | SKYFED013395 | 2/20/2008; 3/06/08 | Alizadeh, Farshid | Handwritten notes re: patent portfolio | AC (John Hobgood and Larissa Park) |
| 9 | SKYFED013458 | 8/21/2008 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Larissa Park) |
| 10 | SKYFED013538 | 8/31/2005 | Alizadeh, Farshid | Handwritten notes re: patent applications | AC (Peter Dichiara) |
| 11 | SKYFED013541 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Peter Dichiara) |
| 12 | SKYFED013542 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Peter Dichiara) |
| 13 | SKYFED013543 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Peter Dichiara) |
| 14 | SKYFED013571 | 10/17/2005 | Alizadeh, Farshid | Handwritten notes re: patent application | AC (Peter Dichiara) |
| 15 | SKYFED013576 | 10/21/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Peter Dichiara) |
| 16 | SKYFED013578 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Peter Dichiara) |
| 17 | SKYFED013579 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Peter Dichiara) |
| 18 | SKYFED013580 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes re: draft patent claims | AC (Peter Dichiara) |
| 19 | SKYFED013602 | 12/7/2005 | Alizadeh, Farshid | Handwritten notes re: meeting with patent counsel | AC (Peter Dichiara and David Abrams) |

AC = Attorney-Client Communication
WP = Work Product