# EXHIBIT I

**From:** Murphy, Catherine R.
**Sent:** Monday, February 13, 2012 11:37 AM
**To:** 'Milkey, James'
**Cc:** Somait, Lina; Lu, Sam; Mueller, Mariandrea; zzm google/skyhook (ext)
**Subject:** RE: Supplemental privilege log for Dr. Alizadeh-Shabdiz's lab notebooks

Jim,

I am available on Tuesday, February 14 at 2pm EST. I will plan to call you.

Best Regards,

Catherine

---

**From:** Milkey, James [mailto:JMilkey@irell.com]
**Sent:** Friday, February 10, 2012 6:46 PM
**To:** Murphy, Catherine R.
**Cc:** Somait, Lina; Lu, Sam; Mueller, Mariandrea; zzm google/skyhook (ext)
**Subject:** RE: Supplemental privilege log for Dr. Alizadeh-Shabdiz's lab notebooks

Catherine,

We disagree with your position and believe that Skyhook's amended privilege log meets the requirements of the Federal Rules of Civil Procedure. The amended log describes the nature of the privileged documents, and in fact lists the specific attorneys with whom the corresponding communications were made.

If you would nevertheless like to meet and confer regarding this issue, I am available on Tuesday, February 14 between 1 and 3pm EST or after 5pm EST.

Best Regards,

Jim

---

**From:** Murphy, Catherine R. [mailto:catherine.murphy@bingham.com]
**Sent:** Thursday, February 09, 2012 1:33 PM
**To:** Milkey, James
**Cc:** Somait, Lina; Lu, Sam; Mueller, Mariandrea; zzm google/skyhook (ext)
**Subject:** RE: Supplemental privilege log for Dr. Alizadeh-Shabdiz's lab notebooks

Jim,

We have reviewed Skyhook's amended privilege log. The log does not justify Skyhook's redaction of the inventor notebooks. The log does not describe the nature of the privileged communications, as is required by Fed. R. Civ. P. 26(b)(5), or indicate that the redacted sections of the inventor notebooks in fact reflect a communication with an attorney. The specific basis of Skyhook's attorney-client privilege remains unclear even after Skyhook's amendment of its log. Please advise as to your availability to meet and confer either tomorrow, February 10, 2012 or Monday, February 13, 2012.

Best Regards,

Catherine

3/14/2012

Catherine R. Murphy
*Associate*
T 202.373.6124
F 202.373.6001
catherine.murphy@bingham.com

B I N G H A M
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

*The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.*

*You should recognize that responses provided by means of this email are akin to ordinary telephone or face-to-face conversations and do not reflect the level of factual or legal inquiry or analysis which would be applied in the case of a formal legal opinion. A formal opinion could reach a different result. We would, of course, be happy to prepare such a definitive statement or formal opinion if you would like us to.*

---

**From:** Milkey, James [mailto:JMilkey@irell.com]
**Sent:** Wednesday, January 18, 2012 8:37 PM
**To:** zzm google/skyhook (ext)
**Cc:** Somait, Lina; Lu, Sam; Mueller, Mariandrea
**Subject:** Supplemental privilege log for Dr. Alizadeh-Shabdiz's lab notebooks

Counsel,

Attached is the privilege log regarding redactions from Dr. Alizadeh-Shabdiz's notebooks. For previously-redacted entries in the notebooks that pre-date September 15, 2010 and are not recorded in this privilege log, Skyhook will produce non-redacted images of such pages.

Best Regards,

Jim

-----
**James Milkey**
**Irell & Manella LLP**
**1800 Avenue of the Stars, Suite 900**
**Los Angeles | California | 90067**
**T: +1.310.203.7166 | F: +1.310.556.5341**
JMilkey@irell.com | www.irell.com

ccmailg.irell.com made the following annotations
--------------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify

3/14/2012

the sender by replying to this message and then delete it from your system. Thank you.

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

ccmailg.irell.com made the following annotations
---
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

3/14/2012