# EXHIBIT J

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]