# EXHIBIT K

| | |
|---|---|
| **From:** | Milkey, James [JMilkey@irell.com] |
| **Sent:** | Tuesday, February 14, 2012 11:04 PM |
| **To:** | Murphy, Catherine R.; Evans, Laura |
| **Cc:** | Manning, Susan Baker |
| **Subject:** | RE: Skyhook v. Google (federal) - 1/18/12 Supplemental Redaction Log |

Catherine,

Your summary of our conversation earlier today is not entirely accurate. We asked that you explain why you believed our privilege log did not sufficiently describe the nature of the privileged communications. You expressed your concern that the description of the redacted text did not provide sufficient information to assess Skyhook's privilege claim and asked that we give you some context about the entries. We explained that some of the redactions from Dr. Alizadeh-Shabdiz's notebook contain notes of conversations with counsel. However, we also explained that other redactions are of notes that were prepared for the purpose of securing legal advice. You then requested that we modify the description of the redacted text to provide some of this context. To avoid further confusion as to what exactly you sought, we asked that you send us some examples of the type of text you wanted to see in the privilege log for our consideration.

We appreciate the one example you gave us in your email below. We will consider your request that we further revise the privilege log and get back to you.

Best Regards,

Jim

---

**From:** Murphy, Catherine R. [mailto:catherine.murphy@bingham.com]
**Sent:** Tuesday, February 14, 2012 1:13 PM
**To:** Milkey, James; Evans, Laura
**Cc:** Manning, Susan Baker
**Subject:** Skyhook v. Google (federal) - 1/18/12 Supplemental Redaction Log

Laura and Jim,

I am writing to follow up on our conversation of earlier this afternoon. I understand from our conversation that Skyhook claims that all of the handwritten notes it has redacted from Mr. Alizadeh's notebooks are notes of conversations Mr. Alizadeh had with counsel, in which Mr. Alizadeh was seeking or receiving legal advice. If that is the case, Google requests that Skyhook revise the January 18, 2012 Supplemental Redaction Log to expressly indicate that the redactions are notes of a conversation Mr. Alizadeh had with counsel (e.g., "Handwritten notes containing legal advice from John Hobgood re: patent application.").

Best Regards,

Catherine

Catherine R. Murphy
*Associate*
T 202.373.6124
F 202.373.6001
catherine.murphy@bingham.com

B I N G H A M
Bingham McCutchen LLP


3/14/2012

2020 K Street NW
Washington, DC 20006-1806

*The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.*

*You should recognize that responses provided by means of this email are akin to ordinary telephone or face-to-face conversations and do not reflect the level of factual or legal inquiry or analysis which would be applied in the case of a formal legal opinion. A formal opinion could reach a different result. We would, of course, be happy to prepare such a definitive statement or formal opinion if you would like us to.*

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

ccmailg.irell.com made the following annotations

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

3/14/2012