# EXHIBIT L

| | |
|---|---|
| **From:** | Milkey, James [JMilkey@irell.com] |
| **Sent:** | Friday, March 02, 2012 4:01 PM |
| **To:** | zzm google/skyhook (ext) |
| **Cc:** | Evans, Laura; Lu, Sam |
| **Subject:** | Skyhook v. Google (federal) – Revised Supplemental Redaction Log |
| **Attachments:** | Revised Supplemental Redaction Log.PDF; mg_info.txt |

Counsel,

Please see the attached revised supplemental redaction log. The designations are based on a review of the redacted materials and our understanding of Dr. Alizadeh-Shabdiz's purpose in preparing the redacted materials.

Best Regards,

Jim

-----

**James Milkey**
**Irell & Manella LLP**
**1800 Avenue of the Stars, Suite 900**
**Los Angeles | California | 90067**
**T: +1.310.203.7166 | F: +1.310.556.5341**
JMilkey@irell.com | www.irell.com

3/14/2012

**SKYHOOK WIRELESS, INC. - REVISED SUPPLEMENTAL REDACTION LOG - 03/02/12**
Skyhook Wireless, Inc. v. Google Inc., Case No. 1:10-cv-11571-RWZ (D. Mass.)

| ENTRY NO. | BATES NO. | DATE | AUTHOR | DESCRIPTION OF REDACTED TEXT | BASIS FOR REDACTION |
|---|---|---|---|---|---|
| 1 | SKYFED013022 | N/A | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent application | AC (John Hobgood) |
| 2 | SKYFED013100 | 6/29/2010 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent portfolio | AC (William Meunier); WP |
| 3 | SKYFED013105 | 7/30/2010 | Alizadeh, Farshid | Handwritten notes containing legal advice from meeting with litigation counsel | AC (Morgan Chu and Sam Lu); WP |
| 4 | SKYFED013158 | 3/31/2006 | Alizadeh, Farshid | Handwritten notes containing legal advice from discussion with patent counsel | AC (Peter Dichiara and John Hobgood) |
| 5 | SKYFED013164 | 4/24/2006 | Alizadeh, Farshid | Handwritten notes containing legal advice from discussion with patent counsel | AC (Peter Dichiara and John Hobgood) |
| 6 | SKYFED013168 | 5/2/2006 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent application | AC (John Hobgood) |
| 7 | SKYFED013201 | 8/3/2006 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (John Hobgood) |
| 8 | SKYFED013395 | 2/20/2008; 3/06/08 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent portfolio | AC (John Hobgood and Larissa Park) |
| 9 | SKYFED013458 | 8/21/2008 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Larissa Park) |
| 10 | SKYFED013538 | 8/31/2005 | Alizadeh, Farshid | Handwritten notes containing legal advice from discussion with patent counsel | AC (Peter Dichiara) |
| 11 | SKYFED013541 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 12 | SKYFED013542 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 13 | SKYFED013543 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 14 | SKYFED013571 | 10/17/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent application | AC (Peter Dichiara) |
| 15 | SKYFED013576 | 10/21/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 16 | SKYFED013578 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 17 | SKYFED013579 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 18 | SKYFED013580 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 19 | SKYFED013602 | 12/7/2005 | Alizadeh, Farshid | Handwritten notes containing legal advice from meeting with patent counsel | AC (Peter Dichiara and David Abrams) |

AC = Attorney-Client Communication
WP = Work Product