# EXHIBIT N

| | |
|---|---|
| **From:** | Murphy, Catherine R. |
| **Sent:** | Wednesday, March 21, 2012 4:41 PM |
| **To:** | 'Milkey, James' |
| **Cc:** | Manning, Susan Baker |
| **Subject:** | Skyhook v. Google, Case No. 1:11-cv-11571 |

Jim,

I am writing to follow up on our conversation of March 19 regarding Skyhook's Revised Supplemental Redaction Log. We understand from our call that the redacted text Skyhook describes on its log as "[h]andwritten notes prepared for purpose of obtaining legal advice" are Dr. Alizadeh-Shabdiz's own notes in his inventor notebook, and are not addressed to any attorney. We further understand that Skyhook's assertion that Dr. Alizadeh-Shabdiz's notes were "prepared for purpose of obtaining legal advice" is based on Skyhook's review of the redacted text, and its impression after speaking with Dr. Alizadeh-Shabdiz.

During the call, we also asked whether the redacted text was actually communicated to the attorney listed on the log, and, if so, whether that communication was contemporaneous with the taking of the notes. You said you would look into this and promptly get back to us. Please let us know by close of business today whether Dr. Alizadeh-Shabdiz's notes were, in fact, communicated to the attorney listed on the log and whether that communication was contemporaneous with the taking of the notes.

Best Regards,

Catherine


Catherine R. Murphy
*Associate*
T 202.373.6124
F 202.373.6001
catherine.murphy@bingham.com

B I N G H A M
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

*The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.*

*You should recognize that responses provided by means of this email are akin to ordinary telephone or face-to-face conversations and do not reflect the level of factual or legal inquiry or analysis which would be applied in the case of a formal legal opinion. A formal opinion could reach a different result. We would, of course, be happy to prepare such a definitive statement or formal opinion if you would like us to.*

1