# EXHIBIT O

| | |
|---|---|
| **From:** | Milkey, James [JMilkey@irell.com] |
| **Sent:** | Thursday, March 22, 2012 6:14 PM |
| **To:** | Murphy, Catherine R.; zzm google/skyhook (ext) |
| **Cc:** | Lu, Sam; Evans, Laura |
| **Subject:** | Skyhook v. Google (D. Mass) - Redaction Log |
| **Attachments:** | 2012-03-22_RedactionLog.pdf; ReplacementImages.zip |

Catherine,

We have consulted further with Dr. Alizadeh-Shabdiz and revised the redaction log in response to your most recent inquiry. The revised log and a corresponding production of unredacted information are attached.

For redacted entries that were "prepared for [the] purpose of obtaining legal advice," we have confirmed that Dr. Alizadeh-Shabdiz discussed the information in his notes with the listed attorney(s). Accordingly, the redacted notes are privileged. *See United States v. DeFonte*, 441 F.3d 92, 96 (2d Cir. 2006).

Best Regards,

Jim

-----

**James Milkey**
**Irell & Manella LLP**
**1800 Avenue of the Stars, Suite 900**
**Los Angeles | California | 90067**
**T: +1.310.203.7166 | F: +1.310.556.5341**
JMilkey@irell.com | www.irell.com


ccmailg.irell.com made the following annotations
------------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


------------------------------------------------------------------------

3/26/2012

SKYHOOK WIRELESS, INC. - REVISED SUPPLEMENTAL REDACTION LOG - 03/22/12
Skyhook Wireless, Inc. v. Google Inc., Case No. 1:10-cv-11571-RWZ (D. Mass.)

| ENTRY NO. | BATES NO. | DATE | AUTHOR | DESCRIPTION OF REDACTED TEXT | BASIS FOR REDACTION |
|---|---|---|---|---|---|
| 1 | SKYFED013022 | N/A | John Hobgood | Handwritten notes to Farshid Alizadeh re: patent application | AC (John Hobgood) |
| 2 | SKYFED013100 | 6/29/2010 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent portfolio | AC (William Meunier); WP |
| 3 | SKYFED013105 | 7/30/2010 | Alizadeh, Farshid | Handwritten notes containing legal advice from meeting with litigation counsel | AC (Morgan Chu and Sam Lu); WP |
| 4 | SKYFED013158 | 3/31/2006 | Alizadeh, Farshid | Handwritten notes containing legal advice from discussion with patent counsel | AC (Peter Dichiara and John Hobgood) |
| 5 | SKYFED013164 | 4/24/2006 | Alizadeh, Farshid | Handwritten notes containing legal advice from discussion with patent counsel | AC (Peter Dichiara and John Hobgood) |
| 6 | SKYFED013168 | 5/2/2006 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent application | AC (John Hobgood) |
| 7 | SKYFED013201 | 8/3/2006 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (John Hobgood) |
| 8 | SKYFED013395 | 2/20/2008; 3/06/08 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: patent portfolio | AC (John Hobgood and Larissa Park) |
| 9 | SKYFED013458 | 8/21/2008 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Larissa Park) |
| 10 | SKYFED013538 | 8/31/2005 | Alizadeh, Farshid | Handwritten notes containing legal advice from discussion with patent counsel | AC (Peter Dichiara) |
| 11 | SKYFED013541 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 12 | SKYFED013542 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 13 | SKYFED013543 | 9/6/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 14 | SKYFED013571 | 10/17/2005 | Alizadeh, Farshid | Handwritten notes describing legal advice from patent counsel re: patent application | AC (Peter Dichiara) |
| 15 | SKYFED013576 | 10/21/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 16 | SKYFED013579 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 17 | SKYFED013580 | 10/24/2005 | Alizadeh, Farshid | Handwritten notes prepared for purpose of obtaining legal advice re: draft patent claims | AC (Peter Dichiara) |
| 18 | SKYFED013602 | 12/7/2005 | Alizadeh, Farshid | Handwritten notes containing legal advice from meeting with patent counsel | AC (Peter Dichiara and David Abrams) |

AC = Attorney-Client Communication
WP = Work Product

CONFIDENTIAL
Page 1 of 1