# EXHIBIT P

| | |
|---|---|
| **From:** | Milkey, James [JMilkey@irell.com] |
| **Sent:** | Saturday, March 17, 2012 3:41 PM |
| **To:** | Murphy, Catherine R. |
| **Cc:** | Manning, Susan Baker; Lu, Sam; Evans, Laura |
| **Subject:** | RE: Skyhook v. Google, Case No. 1:10-cv-11571 |

Catherine,

Thank you -- I will call your office at 2:00 PM EDT.

Best Regards,

Jim

**From:** Murphy, Catherine R. [mailto:catherine.murphy@bingham.com]
**Sent:** Friday, March 16, 2012 1:43 PM
**To:** Milkey, James
**Cc:** Manning, Susan Baker; Lu, Sam; Evans, Laura
**Subject:** RE: Skyhook v. Google, Case No. 1:10-cv-11571

Jim,

I am available on Monday, March 19 between 12:00pm EDT and 3:00pm EDT. Please let me know what time would work best with your schedule.

Best Regards,

Catherine

**From:** Milkey, James [mailto:JMilkey@irell.com]
**Sent:** Friday, March 16, 2012 2:58 PM
**To:** Murphy, Catherine R.
**Cc:** Manning, Susan Baker; Lu, Sam; Evans, Laura
**Subject:** RE: Skyhook v. Google, Case No. 1:10-cv-11571

Catherine,

Thank you for your e-mail. Notes, such as the redacted portions of Dr. Alizadeh-Shabdiz's notebook, that are created for the purpose of obtaining legal advice or services are privileged under *In re Spalding Sports Worldwide, Inc.*, 203 F.3d 800 (Fed. Cir. 2000). I am not available at 3:00 PM EDT, but I am available on Monday if you would like to discuss further.

Best Regards,

Jim

**From:** Murphy, Catherine R. [mailto:catherine.murphy@bingham.com]
**Sent:** Friday, March 16, 2012 8:16 AM
**To:** Milkey, James

3/23/2012

**Cc:** Manning, Susan Baker
**Subject:** Skyhook v. Google, Case No. 1:10-cv-11571

Jim,

We have reviewed Skyhook's Revised Supplemental Redaction Log. Skyhook has described fourteen of the nineteen entries as "handwritten notes prepared for purpose of obtaining legal advice." What is the legal basis for Skyhook's claim that the attorney-client privilege protects handwritten notes made for the purpose of obtaining legal advice under the circumstances described in Skyhook's log? I will call you this afternoon to discuss. Are you available at 3:00pm EST?

Best Regards,

Catherine


Catherine R. Murphy
*Associate*
T 202.373.6124
F 202.373.6001
catherine.murphy@bingham.com

B I N G H A M
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

*The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.*

*You should recognize that responses provided by means of this email are akin to ordinary telephone or face-to-face conversations and do not reflect the level of factual or legal inquiry or analysis which would be applied in the case of a formal legal opinion. A formal opinion could reach a different result. We would, of course, be happy to prepare such a definitive statement or formal opinion if you would like us to.*

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

ccmailg.irell.com made the following annotations
--------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify

3/23/2012

the sender by replying to this message and then delete it from your system. Thank you.

------------------------------------------------------------------

ccmailg.irell.com made the following annotations
------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


------------------------------------------------------------------

3/23/2012