UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11571-RWZ

SKYHOOK WIRELESS, INC.

v.

GOOGLE INC.

MEMORANDUM OF DECISION

June 20, 2013

ZOBEL, D.J.

Defendant Google Inc. has moved to dismiss Count I and Count IV of the amended complaint, which allege infringement of U.S. Patent No. 7,414,988 and U.S. Patent No. 7,305,245. As the court has held those patents are invalid, see Docket # 96, the motion to dismiss those counts (Docket # 156) is ALLOWED. Defendant's motion for leave to file a reply brief (Docket # 161) is DENIED AS MOOT.

   June 20, 2013                              /s/Rya W. Zobel

      DATE                                      RYA W. ZOBEL
                                              UNITED STATES DISTRICT JUDGE