# EXHIBIT 2
# FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETS

| | | |
|---|---|---|
| Skyhook Wireless, Inc., | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Civ. A. No. 1:10-cv-11571-RWZ |
| v. | | Civ. A. No. 1:13-cv-10153-RWZ |
| Google Inc., | | |
| Defendant. | | |

**CORRECTED EXPERT REPORT OF PROFESSOR STEPHEN P. MAGEE**

Highly Confidential – Attorneys' Eyes Only

Subject to Protective Order

August 8, 2014 (Corrections served on August 26, 2014)

_____

Stephen P. Magee

*Skyhook Wireless, Inc. v. Google Inc.*

*Skyhook Wireless, Inc. v. Google Inc.*

Case 1:10-cv-11571-RWZ    Document 613-2    Filed 02/26/15    Page 4 of 5

394.     For the reasons stated above, Skyhook's acquisition price of $60 million in early 2014, after at least 5 years of Google's ongoing infringement, does not affect my analysis of the value of Skyhook's Patents-in-Suit in a hypothetical negotiation between Google and Skyhook in October 2008, and in fact that price reflects the damage Google's infringement has brought upon Skyhook.