# EXHIBIT 4
# FILED UNDER SEAL

| From: | Steve Lee | Sent: 10/10/2007 9:19 PM |
|---|---|---|
| To: [ - ] | Vic Gundotra | |
| Cc: [ - ] | Mike Chu | |
| Bcc: [ - ] | | |
| Subject: | Re: Moving forward | |

Thanks Vic. I recommend sending these selling points to Eric as well (and to use yourself in an email/phone conversation with Steve Jobs).

Benefits of going with Google as the single provider of location:

* Our solution is free. Third parties (Skyhook, Navizon, Spotigo) and carriers will likely charge money.

* Global solution. Apple doesn't have to sign business agreements and do technical integration with dozens of carriers and 3rd party solutions.
* We have the best cell id solution.
* We have the best long-term wifi solution given our Google Toolbar and Earth distribution (which maintains/updates the wifi database).
* We have a complete location story by providing A-GPS in addition to cell id and wifi


On 10/10/07, Vic Gundotra <vicg@google.com> wrote:

Eric,
You mentioned that you might have a conversation with Steve Jobs. It would be great if you could reinforce message highlighted below in yellow. Let me know what I can to to help.

-Vic



--------- Forwarded message ---------
From: Vic Gundotra <vicg@google.com>
Date: Sep 24, 2007 6:24 PM
Subject: Moving forward
To: Steve Jobs < sjobs@apple.com>
Cc: Scott Forstall < forstall@apple.com>

Steve,
Thanks for the call on Saturday.

As I mentioned on the call, our strategy is build a location platform across mobile and desktop. Cell-id is cornerstone of this strategy. Our collection strategy for WiFi depends on us associating MAC addresses with geocoded cell-ids. Even for GPS enabled phones, cell-id gives us the seed location so our AGPS servers can send down appropriate assistance data to phones for faster time to fix. This is a great fall back where GPS fails such as urban corridors and indoor environments.

In the end, we believe getting location is key to serving up the most relevant local ads when consumers search. More relevant ads means better monetization obviously, and this is an area where we plan to continue to be a very strong contender. We've already begun to partner on rev share on Safari; and I think we have lots of areas for exploration and even a deeper partnership on iPhone. (We've reached out to Scott already and want to have deeper discussions about ways we can monetize iPhone searches)

As these issues are all deeply related (wi-fi,cell-id, AGPS, monetization) we hope you chose a single partner on iPhone instead of going down the technically more difficult and complex path of choosing us for cell-id, someone else for wi-fi, and another solution for AGPS.

I've directed the team to do the following:

1) Given them green light to launch cell-id on other platforms when ready. (This will help us collect data which will

Highly Confidential Attorneys' Eyes Only


EXHIBIT 34
V. Gundotra
7/24/13
Anne Torreano, CSR 10520

OOGSKYFED_0160031

improve iPhone experience when you are ready to launch)
2) Deliver calDav support soon after our IMAP support is available (which should happen in just a few weeks). I'm running iPhone with IMAP (as are many beta testers) already.
3) Continue deep collaboration with your team on ways we can improve accuracy for cell-id on iPhone

Call me anytime if you want discuss - my cell is 714.299.3888 and my home is 408.440.1752.

-Vic

Highly Confidential Attorneys' Eyes Only

GOOGSKYFED_0160032