IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYHOOK WIRELESS, INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>                        Defendant. | Civil Action No. 1:10-cv-11571-RWZ<br>Civil Action No. 1:13-cv-10153-RWZ |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Skyhook Wireless, Inc., and Defendant, Google Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees, costs, and expenses arising from or related to the action.

Dated: March 27, 2015

Respectfully submitted:

/s/ *Matthew D. Powers*
Matthew D. Powers (*pro hac vice*)
Steven S. Cherensky (*pro hac vice*)
Paul T. Ehrlich (*pro hac vice*)
William P. Nelson (*pro hac vice*)
Azra M. Hadzimehmedovic (*pro hac vice*)
Aaron M. Nathan (*pro hac vice*)
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Phone: (650) 802-6000
*matthew.powers@tensegritylawgroup.com*

/s/ *Robert Van Nest*
Robert Van Nest (*pro hac vice*)
Asim M. Bhansali (*pro hac vice*)
Rachael E. Meny (*pro hac vice*)
Matthias A. Kamber (*pro hac vice*)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel:   415 391 5400
Fax:  415 397 7188
Email: *rvannest@kvn.com*
           *abhansali@kvn.com*

*steven.cherensky@tensegritylawgroup.com*  
*paul.ehrlich@tensegritylawgroup.com*  
*william.nelson@tensegritylawgroup.com*  
*azra@tensegritylawgroup.com*  
*aaron.nathan@tensegritylawgroup.com*

Thomas F. Maffei (BBO 313220)  
Douglas R. Tillberg (BBO 661573)  
SHERIN AND LODGEN LLP  
101 Federal Street  
Boston, MA 02110  
(617) 646-2000  
*tfmaffei@sherin.com*  
*smcconchie@sherin.com*

*Attorneys for*  
SKYHOOK WIRELESS, INC.

*rmeny@kvn.com*  
*mkamber@kvn.com*

William F. Abrams *(pro hac vice)*  
Sanjeet Dutta *(pro hac vice)*  
STEPTOE & JOHNSON, LLP  
1001 Page Mill Road  
Building 4, Suite 150  
Palo Alto, CA 94304-1036  
Tel:   (650) 687-9500  
Fax:   (650) 687-9499  
Email: *wabrams@steptoe.com*  
           *sdutta@steptoe.com*

Boyd Cloern (*pro hac vice*)  
STEPTOE & JOHNSON, LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036  
Tel:   (202) 429-6230  
Fax:   (202) 429-3902  
Email:  *bcloern@steptoe.com*

James D. Smeallie  
Benjamin M. Stern  
HOLLAND & KNIGHT  
10 St. James Avenue, 11th Floor  
Boston, MA 02116  
Tel:   (617) 523-2700  
Fax:   (617) 523-6850  
Email: *jd.smeallie@hklaw.com*  
           *benjamin.stern@hklaw.com*

*Attorneys for*  
GOOGLE INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 27, 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

*/s/ Matthew D. Powers*
Matthew D. Powers
